**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACKEY, | Case No. CV 22-5653 PA (JPRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SCARLET SHEPPARD, | |
| Defendant. | |

    Pursuant to the Court's January 23, 2023 Minute Order dismissing Plaintiff Joseph Lackey's ("Plaintiff") copyright infringement claim for failure to prosecute and failure to comply with a Court Order, and this Court's January 23, 2023 Minute Order declining to exercise supplemental jurisdiction over Plaintiff's state law claims,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing.

    IT IS SO ORDERED.

DATED: January 23, 2023

                                                            Percy Anderson
                                         UNITED STATES DISTRICT JUDGE